# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Pulaski Tower Llc | § | Case No. 15-07742 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GREGG SZILAGYI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 261,500.00               Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 193,310.23    Claims Discharged
                                                Without Payment: 1,089,492.77

Total Expenses of Administration: 47,906.77

---

3) Total gross receipts of $ 241,217.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 241,217.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 371,430.00 | $ 135,000.00 | $ 40,000.00 | $ 40,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 47,906.77 | 47,906.77 | 47,906.77 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 403,000.00 | 588,373.00 | 588,373.00 | 153,310.23 |
| **TOTAL DISBURSEMENTS** | $ 774,430.00 | $ 771,279.77 | $ 676,279.77 | $ 241,217.00 |

    4)  This case was originally filed under chapter 7 on 03/05/2015 . The case was pending for 19 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated:  09/21/2016           By: /s/GREGG SZILAGYI
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 4346 N Pulaski, Unit D, Chicago, Il 60641 | 1110-000 | 75,000.00 |
| Chase Bank Escrow Account Xx 1361 | 1110-000 | 163,891.23 |
| REAL ESTATE TAX REFUND | 1224-000 | 2,325.77 |
| **TOTAL GROSS RECEIPTS** | | **$241,217.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Armand Plumbing 4827 N Clifton Ave Chicago, IL 60706 | | 11,430.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Roxolana Harasymiw 150 S Wacker, #650 Chicago, IL 60606 | | 120,000.00 | NA | NA | 0.00 |
| | Roxolana Harasymiw 150 S Wacker, #650 Chicago, IL 60606 | | 120,000.00 | NA | NA | 0.00 |
| 1 | Roxolana Harasymiw | 4110-000 | 120,000.00 | 120,000.00 | 25,000.00 | 25,000.00 |
| | COOK COUNTY COLLECTOR | 4700-000 | NA | 15,000.00 | 15,000.00 | 15,000.00 |
| **TOTAL SECURED CLAIMS** | | | $ 371,430.00 | $ 135,000.00 | $ 40,000.00 | $ 40,000.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GREGG SZILAGYI | 2100-000 | NA | 15,310.85 | 15,310.85 | 15,310.85 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 200.00 | 200.00 | 200.00 |
| CHICAGO TITLE AND TRUST | 2500-000 | NA | 360.50 | 360.50 | 360.50 |
| Associated Bank | 2600-000 | NA | 2,628.07 | 2,628.07 | 2,628.07 |
| SHAW FISHMAN | 3210-000 | NA | 26,870.50 | 26,870.50 | 26,870.50 |
| SHAW FISHMAN | 3220-000 | NA | 649.85 | 649.85 | 649.85 |
| POPOWCER KATTEN LTD. | 3410-000 | NA | 1,887.00 | 1,887.00 | 1,887.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 47,906.77 | $ 47,906.77 | $ 47,906.77 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Board Of Managers of Condominium Assn 4346 N. Pulaski Chicago, IL 60641 |  | 0.00 | NA | NA | 0.00 |
|  | Dr. Maher Mallouh 188 Morgan Court Romeoville, IL 60446 |  | 11,000.00 | NA | NA | 0.00 |
|  | Mauck Baker Attorneys at Law 1 N LaSalle, #600 Chicago, IL 60602 |  | 370,000.00 | NA | NA | 0.00 |
|  | Waseem Al-Muhaseb 4827 N. Clifton Chicago, IL 60706 |  | 22,000.00 | NA | NA | 0.00 |
| 3 | Board Of Managers Of 4346 N. Pulaski and Mauck & Baker LLC | 7100-000 | NA | 209,123.00 | 209,123.00 | 54,490.43 |
| 2 | Board Of Managers Of Condominium Assn and Mauck & Baker LLC | 7100-000 | NA | 379,250.00 | 379,250.00 | 98,819.80 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 403,000.00 | $ 588,373.00 | $ 588,373.00 | $ 153,310.23 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-07742 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | Pulaski Tower Llc | | | | Date Filed (f) or Converted (c): | 03/05/2015 (f) |
| | | | | | 341(a) Meeting Date: | 04/13/2015 |
| For Period Ending: | 09/21/2016 | | | | Claims Bar Date: | 08/06/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4346 N Pulaski, Unit C, Chicago, Il 60641 | 120,000.00 | 0.00 | | 0.00 | FA |
| 2. 4346 N Pulaski, Unit D, Chicago, Il 60641 | 120,000.00 | 0.00 | | 75,000.00 | FA |
| 3. Chase Bank Escrow Account Xx 1361 | 140,000.00 | 0.00 | | 163,891.23 | FA |
| 4. Chase Bank Escrow Xx 7199 | 140,000.00 | 0.00 | | 0.00 | FA |
| 5. Misc Small Tools Used In Trade | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. REAL ESTATE TAX REFUND (u) | 0.00 | 2,325.77 | | 2,325.77 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $521,500.00       $2,325.77       $241,217.00       $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR FILED AND HEARING SCHEDULED.


RE PROP #     1  --  THIS PROPERTY WAS SOLD PRE-PETITION AND THE PROCEEDS HELD IN ESCROW.  SEE ASSET NUMBER 3.
RE PROP #     4  --  THIS ASSET IS DUPLICATIVE OF #3.

Initial Projected Date of Final Report (TFR): 08/01/2016       Current Projected Date of Final Report (TFR): 08/01/2016

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-07742 | Trustee Name: GREGG SZILAGYI | |
| Case Name: Pulaski Tower Llc | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX2914 | |
| | Checking | |
| Taxpayer ID No: XX-XXX4601 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 09/21/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/12/15 | 3 | 4336 NORTH PULASKI CONDO BOARD OF MANAGERS | SALE PROCEEDS UNIT C | 1110-000 | $163,891.23 | | $163,891.23 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $157.16 | $163,734.07 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $235.56 | $163,498.51 |
| 10/15/15 | | ON PULASKI GROUP INC. | Sale of REAL ESTATE - UNIT D | | $59,639.50 | | $223,138.01 |
| | | | Gross Receipts       $75,000.00 | | | | |
| | | COOK COUNTY COLLECTOR | REAL ESTATE TAXES 2013 2014       ($15,000.00) | 4700-000 | | | |
| | | CHICAGO TITLE AND TRUST | CLOSING FEES       ($360.50) | 2500-000 | | | |
| | 2 | | 4346 N Pulaski, Unit D, Chicago, Il 60641       $75,000.00 | 1110-000 | | | |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $291.69 | $222,846.32 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $320.60 | $222,525.72 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $330.83 | $222,194.89 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $330.36 | $221,864.53 |
| 02/16/16 | 6 | CHICAGO TITLE AND TRUST | REAL ESTATE TAX REFUND | 1224-000 | $2,325.77 | | $224,190.30 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $310.11 | $223,880.19 |
| | | | Page Subtotals: | | $225,856.50 | $1,976.31 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-07742 | Trustee Name: GREGG SZILAGYI |
| Case Name: Pulaski Tower Llc | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2914 |
| | Checking |
| Taxpayer ID No: XX-XXX4601 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/21/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/10/16 | 101 | ARTHUR B. LEVINE COMPANY | Ch 7 BLANKET BOND | 2300-000 | | $200.00 | $223,680.19 |
| 03/21/16 | 102 | ROXOLANA HARASYMIW<br>150 S WACKER DR<br>SUITE 650<br>CHICAGO IL 60606 | PAYMENT OF SECURED CLAIM | 4110-000 | | $25,000.00 | $198,680.19 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $332.81 | $198,347.38 |
| 04/12/16 | 102 | ROXOLANA HARASYMIW<br>150 S WACKER DR<br>SUITE 650<br>CHICAGO IL 60606 | PAYMENT OF SECURED CLAIM  Reversal | 4110-000 | | ($25,000.00) | $223,347.38 |
| 04/12/16 | 103 | Roxolana Harasymiw<br>150 S Wacker, #650<br>Chicago, Il 60606 | PAYMENT OF SECURED CLAIM PER ORDER | 4110-000 | | $25,000.00 | $198,347.38 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $318.95 | $198,028.43 |
| 07/27/16 | 104 | GREGG SZILAGYI<br>542 South Dearborn Street<br>Suite 1400<br>Chicago, Illinois  60605<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $15,310.85 | $182,717.58 |
| 07/27/16 | 105 | SHAW FISHMAN<br>312 N. CLARK STREET<br>SUITE 800<br>CHCIAGO, IL 60654 | Distribution | | | $27,520.35 | $155,197.23 |
| | | SHAW FISHMAN | Final distribution representing a payment of 100.00 % per court order. | ($26,870.50) 3210-000 | | | |
| | | SHAW FISHMAN | Final distribution representing a payment of 100.00 % per court order. | ($649.85) 3220-000 | | | |
| 07/27/16 | 106 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>CHCIAGO, ILLINOIS  60601 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,887.00 | $153,310.23 |

| | Page Subtotals: | $0.00 | $70,569.96 | |
|---|---|---|---|---|

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-07742 | Trustee Name: | GREGG SZILAGYI |
| Case Name: | Pulaski Tower Llc | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX2914 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4601 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/21/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/27/16 | 107 | Board Of Managers Of Condominium Assn and Mauck & Baker LLC<br>4346 N. Pulaski<br>Chicago, Il 60641 | Final distribution to claim 2 representing a payment of 26.06 % per court order. | 7100-000 | | $98,819.80 | $54,490.43 |
| 07/27/16 | 108 | Board Of Managers Of 4346 N. Pulaski and Mauck & Baker LLC<br>Condo Assn, Inc. And Mauck & Baker,Llc<br>One N. Lasalle St., Ste 600<br>Chicago, Illinois 60602 | Final distribution to claim 3 representing a payment of 26.06 % per court order. | 7100-000 | | $54,490.43 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $225,856.50 | $225,856.50 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $225,856.50 | $225,856.50 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $225,856.50 | $225,856.50 |

Page Subtotals:  $0.00   $153,310.23

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2914 - Checking | $225,856.50 | $225,856.50 | $0.00 |
|  | $225,856.50 | $225,856.50 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $15,360.50 |
| Total Net Deposits: | $225,856.50 |
| Total Gross Receipts: | $241,217.00 |

Page Subtotals: $0.00 $0.00